| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TERRY ALAN ROBBINS |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number | 16-33532 |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2002-AM2 Mortgage Pass-Through Certificates, Series 2002-AM2

**Court Claim No.** (if known)   10-1

**Last 4 digits** of any number you use to identify the debtor's account:   XXXXXX6921

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X   No.
___ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) $ | 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. | Attorney fees | Review of Plan and Notice of Appearance 07/29/2016 | (3) $ | 400.00 |
| 4. | Filing fees and court costs | | (4) $ | 0.00 |
| 5. | Bankruptcy/Proof of Claim fees | | (5) $ | 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. | Property inspection fees | | (7) $ | 0.00 |
| 8. | Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. | Property preservation expenses.  Specify: | | (10) $ | 0.00 |
| 11. | Other.  Specify: | | (11) $ | 0.00 |
| 12. | Other. Specify: | | (12) $ | 0.00 |
| 13. | Other. Specify: | | (13) $ | 0.00 |
| 14. | Other. Specify: | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  TERRY ALAN ROBBINS
          First Name   Middle Name   Last Name

Case Number (if known) 16-33532

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

**X**  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/ Jessica L. Holt*
   Signature

Date  January 19, 2017

Print:  Jessica L. Holt

Title  Attorney

Company  Mackie Wolf Zientz & Mann, P.C.

Address  917 Franklin Street, Suite 210
         Houston, TX 77002

Contact phone  (214) 635-2650

Email  jholt@mwzmlaw.com

## CERTIFICATE OF SERVICE

I, Jessica L. Holt, do hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges as required by Rule 3002.1 has been served 19th of January, 2017 upon:

Via Pre-Paid U.S. Mail:
TERRY ALAN ROBBINS
P.O. BOX 590602
HOUSTON, TX 77259
Debtor(s)

Via ECF:
KENNETH A KEELING
3310 KATY FREEWAY
SUITE 200
HOUSTON, TX 77007
Attorney for Debtor(s)

Via ECF:
David G Peake
Chapter 13 Trustee
9660 HILLCROFT
SUITE 430
HOUSTON, TX 77096-3856

Via ECF:
US Trustee

                                                  */s/ Jessica L. Holt*
                                                  _____
                                                  Jessica L. Holt
                                                  Movant's Counsel