United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-33532-H4-13 |
| **Terry Alan Robbins** | § | |
| | § | |
| | § | |
| **Debtor** | § | **CHAPTER 13** |

## AGREED ORDER ON DEBTOR'S EMERGENCY MOTION TO SELL EXEMPT REAL PROPERTY
(This order relates to docket number 121 &123)

Came on for consideration the Debtor's Emergency Motion to Sell Exempt Real Property, and the Court having determined that same should be granted, it is:

**ORDERED**, that the Debtor's Motion to Sell Exempt Real Property is hereby granted as to the following described property:

Lot 49, Block 3, Bay Glen, Section 4, located in Houston, Harris County, Texas, also known as 14523 Little Willow Walk, Houston, TX 77062 (hereinafter referred to as the "Property");

**ORDERED**, that the 14-day stay period required under Fed. R. Bankr. P. 6004(h) is waived and closing may occur as soon as the date on this order;

**ORDERED**, that the liens of U.S. Bank National Association, as Trustee of Cabana Series III Trust ("U.S. Bank as Trustee"), serviced by SN Servicing Corporation, Pineloch Homeowner Harris County, and all ad valorem taxing entities with liens on the property, and/or any other successors in interest or entities with valid liens on the Property shall attach to the sale proceeds from the sale of the real property;

**ORDERED**, that the title company closing the sale shall make payment to all secured creditors with a lien on the Property of the full amount of their claim calculated as of the date of the closing;

**ORDERED**, that U.S. Bank as Trustee shall not be required to release its lien until it has been paid the entire amount owed to it;

**ORDERED** that the ad valorem taxes for year 2021 pertaining to the subject property shall be prorated in accordance with the Earnest Money Contract and shall become the responsibility of the Purchaser and the year 2021 ad valorem tax lien shall be retained against the subject property until said taxes are paid in full;

**ORDERED**, that no short sale shall occur in this transaction without further order of the Court;

**ORDERED**, that within 14 days of closing the title company shall mail the Chapter 13 Trustee a copy of final closing documents to 9660 Hillcroft, Suite 430, Houston, TX 77096;

**ORDERED**, that the title company shall pay attorney's fees in the total amount of $600.00 for the drafting and filing of this Emergency Motion to Sell Exempt Real Property by mailing a check made payable to "Keeling Law Firm" with Reference Terry Alan Robbins 16-33532-H4-13 to Keeling Law Firm, 3310 Katy Freeway, Suite 200, Houston, Texas 77007; and

**ORDERED**, that the net proceeds of the sale, after payment of the liens and costs of the sale, shall be paid to the Debtor in accordance with the following paragraph:

In addition to the monthly payments called for under the plan, the Debtor(s) shall contribute all proceeds from the sale and/or transfer of the property described as 14523 Little Willow Walk Houston, TX 77062, that have not been reinvested in a new homestead for the Debtor(s). Within 14 days after closing the sale of the existing homestead, the Debtor(s) shall provide the Chapter 13 Trustee with a copy of all closing documents. Any proceeds that are not used to purchase a new homestead shall be forwarded to the Chapter 13 Trustee within 3 days after the earlier of (i) 180 days after closing the sale of the existing homestead or (ii) the purchase of a new homestead. Any proceeds forwarded to the Chapter 13 Trustee shall be added to the Debtor(s) plan base for the benefit of Debtor(s) unsecured creditors without the necessity of filing a plan modification.

A status conference on the use of the proceeds shall be held on May 2, 2022, at the United States Courthouse, 515 Rusk Avenue, Courtroom by telephone and video conference. Dial-in Telephone No: 832-917-1510. Conference Code: 590153. Video: GoToMeeting, meeting ID JudgeLopez.

Prior to the status conference, Debtor may submit a certificate of compliance signed off by the Chapter 13 Trustee, certifying that the proceeds from the sale have been reinvested into another homestead.

Signed:  November 02, 2021

_____
Christopher Lopez
United States Bankruptcy Judge

AGREED AS TO FROM AND SUBSTANCE:

/s/ Cristina Rodriguez
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez; TBN 24041028
Cristina Rodriguez; TBN 24049980
Rebecca Keeling; TBN 24083295
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 579-3058
legal@keelinglaw.com
Attorney for Debtor


/s/ Richard W. Aurich, Jr. with permission
Richard W. Aurich Jr.
Texas Bar Number 000792339
Staff Attorney
Office of David G. Peake, Chapter 13 Trustee
9660 Hillcroft, Ste 430
Houston, TX 77096
713.283-5400 x156
713.852.9084
Attorney for Chapter 13 Trustee


/s/ Chase Berger with permission
Chase Berger, Esq.
State Bar No.: 24115617
9720 Coit Road, Ste. 220-228
Plano, TX 75025
Tel: (305) 501-2808
Fax: (954) 780-5578
bknotifications@ghidottiberger.com
Attorneys for U.S. Bank, N.A.